DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LENORA ALLEN-JOHNSON,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** successor trustee to Bank of
America, National Association, successor in interest to LaSalle Bank
National Association, on behalf of the registered holders of Bear Stearns
Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-
AQ2,
Appellee.

No. 4D17-3255

[February 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Joel T. Lazarus, Judge; L.T. Case No. 2016-CA-015948.

Lenora Allen-Johnson, Miramar, pro se.

Teris A. McGovern and Allison Morat of Pearson Bitman LLP, Maitland,
for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***